April 18, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-12-00296-CR             V.

ANTONIO JEFFERSON, Appellee

_____

       This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**, that the State pay all costs expended in this appeal, and that this decision be certified below for observance.